UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPERATING ENGINEERS LOCAL 324 PENSION
FUND, OPERATING ENGINEERS LOCAL 324 HEALTH
CARE PLAN, OPERATING ENGINEERS LOCAL
324 VACATION & HOLIDAY FUND, OPERATING
ENGINEERS LOCAL 324 RETIREE BENEFIT FUND,
OPERATING ENGINEERS LOCAL 324 APPRENTICESHIP
FUND, and OPERATING ENGINEERS LOCAL 324
DEFINED CONTRIBUTION PLAN,
Trust Funds established and administered
pursuant to federal law,

       Plaintiffs,

v.                                                                             Case No.  04-cv-73039
                                                                               Hon. Robert H. Cleland
THOMAS GOODFELLOW, INC., a Michigan
corporation, and LUCILLE VALLECORSA
and FRANK VALLECORSA, Individually,

       Defendants.
_____/
**DAVID J. SELWOCKI (P51375)**
Sullivan, Ward, Asher & Patton, P.C.
Attorneys for Plaintiffs
1000 Maccabees Center
25800 Northwestern Highway
Post Office Box 222
Southfield, Michigan  48037-0222
(248) 746-0700
_____/

**ORDER OF RENEWED JUDGMENT BY DEFAULT
AGAINST DEFENDANT FRANK VALLECORSA**

      This matter having come before the Court upon Plaintiffs' Ex-Parte Motion to Renew Judgment, and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that renewed Judgment is hereby entered against Defendant Frank Vallecorsa in the amount of $74,242.50 for the remaining balance due on the Judgment.

S/Robert H. Cleland
ROBERT H. CLELAND
U.S. District Court Judge

Dated: July 9, 2015

This Order prepared by:

David J. Selwocki
Sullivan, Ward, Asher & Patton, P.C.
Attorney for Plaintiffs
25800 Northwestern Hwy., Suite 1000
Southfield, MI 48076
248.746.0700
brogers@swappc.com
P51375
W1654099.DOC